**CHAMBERS OF**
**DAVID FOLSOM**
**US DISTRICT JUDGE**

**TELEPHONE**
**(903) 794-4067**

July 20, 2009

Honorable Bobby R. Baldock
Committee on Financial Disclosure
Administrative Office of the United States Courts, Suite 2-301
One Columbus Circle, NE
Washington, DC  20544

**RE: 2008 Amended Financial Disclosure Report**

Dear Judge Baldock:

In response to your letter to me dated July 9, 2009, I have attached four signed copies of my 2008 Amended Financial Disclosure Report.

I believe I have addressed all the deficiencies that were enumerated in your letter.

I apologize for the inconvenience.  Should you need additional information, please contact me.

Yours sincerely,



David J. Folsom

DF/gc

cc:   Gene Cogbill, CPA

RECEIVED
2009 JUL 22 A 10: 13
FINANCIAL DISCLOSURE OFFICE

**Folsom, David J**

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Folsom, David J. | 2. Court or Organization U S Dist Ct., Eastern Texas | 3. Date of Report 07/20/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge--Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address U. S. Courthouse & Post Office 500 State Line Ave., Rm 309 Texarkana, TX 75501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Texarkana Animal League Board |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUL 22 A 10: 13 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Empire Electric Company |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)* .

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Circuit Bar Assn | 6/25 to 6/29 | Monterey, CA | Non FJC education | Airfare, meals, hotel |
| 2. U of Texas Law School | 2/7 to 2/9 | Austin, TX | Seminar | Airfare, meals, hotel |
| 3. U of Texas Law School | 10/29 to 10/31 | San Jose, CA | Seminar | Airfare, meals, hotel |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J. | 07/20/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J. | 07/20/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Century Bank--checking account | | None | K | T | | | | | |
| 2. Century Bank--checking account | A | Interest | K | T | | | | | |
| 3. Century Bank--certificate of deposit | A | Interest | K | T | | | | | |
| 4. Commercial National Bank ■ | A | Interest | K | T | Open | 11/21 | K | | Account opened |
| 5. Commercial National Bank ■ | A | Interest | K | T | Open | 11/21 | K | | Account opened |
| 6. Commercial National Bank ■ | A | Interest | K | T | Open | 11/21 | K | | Account opened |
| 7. | | | | | | | | | |
| 8. EDWARD JONES (Securities account) #8 | | | | | | | | | |
| 9. Money market funds | A | Interest | J | T | | | | | |
| 10. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 11. Briadrudge Financial Solutions | | None | J | T | | | | | |
| 12. Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 13. Illinois Tools Works | A | Dividend | J | T | | | | | |
| 14. Scana Corp | A | Dividend | J | T | | | | | |
| 15. Franklin Equity Income Fd | A | Dividend | J | T | | | | | |
| 16. Franklin Flex Cap Growth Fd | A | Dividend | J | T | | | | | |
| 17. Mutual Discovery Fd Class A | A | Dividend | J | T | | | | | "Franklin" dropped fr name |

1. Income Gain Codes:     A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J. | 07/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Small Cap Value Fd | A | Dividend | J | T | | | | | |
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. WACHOVIA (Securities Account) #9 | | | | | | | | | |
| 22. Centennial MM Trust | A | Interest | K | T | | | | | |
| 23. OSI Pharmaceuticals | A | Dividend | J | T | | | | | |
| 24. Whole Food Market | A | Dividend | J | T | | | | | |
| 25. Southcoast Community Bank CD | A | Interest | | | Matured | 07/01 | K | | CD Matured |
| 26. Putnam Voyager Fund | | None | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. Ohio National Financial Services Annuity | D | Interest | L | T | | | | | |
| 29. | | | | | | | | | |
| 30. Ohio National Financial Services Annuity | A | Interest | J | T | | | | | |
| 31. | | | | | | | | | |
| 32. SEP/INDIVIDUAL RETIREMENT ACCOUNTS: | | | | | | | | | |
| 33. American Funds (SEP/IRA) | B | Dividend | M | T | | | | | |
| 34. Cash Management Trust of America | | | | | | | | | Only fund in SEP/IRA |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J. | 07/20/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. MERRILL LYNCH (SEP/IRA): No. 3 | | | | | | | | | |
| 37. ML Retirement Money Fund | A | Dividend | J | T | | | | | |
| 38. AIM Constellation Fund | A | Dividend | J | T | | | | | |
| 39. | | | | | | | | | |
| 40. MERRILL LYNCH (SEP/IRA) No. 4 | | | | | | | | | |
| 41. ML Cash account | A | Dividend | K | T | | | | | |
| 42. Federal Natl Mtg Assn | A | Interest | J | T | Buy | 2/07 | J | | |
| 43. PMC Sierra Inc | | None | K | T | | | | | |
| 44. | | | | | | | | | |
| 45. WACHOVIA #10 | | | | | | | | | |
| 46. Cash account | A | Dividend | J | T | Open | 11/20 | J | | Opened cash account |
| 47. AGE MM, World Saving Bank, CA | B | Interest | | | Distributed | 11/20 | | | Distriubted 11/20 |
| 48. Goldman Sachs Group | A | Dividend | J | T | | | | | |
| 49. | | | | | | | | | |
| 50. FLOYD CAPITAL MGMT--Schwab (SEP/IRA): #7 | | | | | | | | | |
| 51. American Beacon MM Funds | | None | | | Closed | 01/05 | M | | Acct transf to Schwab MM |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Folsom, David J. | 07/20/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schwab U S Treasury Money Fund | C | Interest | M | T | Open | 01/05 | M | | Trans fr Am Beacon M M Fds |
| 53. Mosaic Co Com | A | Dividend | | | Sold | 12/04 | J | A | |
| 54. Apple Inc Com | A | Dividend | | | Sold | 12/04 | J | A | |
| 55. Sunpower Corp Com Class A | A | Dividend | | | Sold | 12/04 | J | A | |
| 56. Baidu Com Inc Spon ADR Rep A | A | Dividend | | | Sold | 12/04 | J | A | |
| 57. Companhia Siderurgica Nacional Sponsored A | A | Dividend | | | Sold | 12/04 | J | A | |
| 58. CGM TR Focus Fund | A | Dividend | | | Sold | 12/04 | J | A | |
| 59. American Century Nut FDS Inc Heritage Inv | A | Dividend | | | Sold | 12/04 | J | A | |
| 60. Loomis Sayles Bond Cl 1 | A | Dividend | K | T | Buy | 12/29 | K | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J. | 07/20/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J. | 07/20/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

July 20, 2009

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Folsom, David J. | 2. Court or Organization<br><br>U S Dist Ct., Eastern Texas | 3. Date of Report<br><br>05/28/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge--Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address<br><br>U. S. Courthouse & Post Office<br>500 State Line Ave., Rm 309<br>Texarkana, TX 75501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Texarkana Animal League Board |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 JUN -1 A 11: 13   RECEIVED   FINANCIAL DISCLOSURE OFFICE

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>olsom, David J. | 2. Court or Organization<br><br>U S Dist Ct., Eastern Texas | 3. Date of Report<br><br>05/28/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Judge--Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse & Post Office<br>500 State Line Ave., Rm 309<br>Texarkana, TX 75501 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Texarkana Animal League Board |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| olsom, David J. | 05/28/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Empire Electric Company |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Circuit Bar Assn | 6/25 to 6/29 | Monterey, CA | Non FJC education | Airfare, meals, hotel |
| 2. U of Texas Law School | 2/7 to 2/9 | Austin, TX | Seminar | Airfare, meals, hotel |
| 3. U of Texas Law School | 10/29 to 10/31 | San Jose, CA | Seminar | Airfare, meals, hotel |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| olsom, David J. | 05/28/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| olsom, David J. | - | 05/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Century Bank--checking account | | None | K | T | | | | | |
| 2. Century Bank--checking account | A | Interest | K | T | | | | | |
| 3. Century Bank--certificate of deposit | A | Interest | K | T | | | | | |
| 4. Commercial National Bank ▪ | A | Interest | K | T | Open | 11/21 | K | | Account opened |
| 5. Commercial National Bank ▪ | A | Interest | K | T | Open | 11/21 | K | | Account opened |
| 6. Commercial National Bank ▪ | A | Interest | K | T | Open | 11/21 | K | | Account opened |
| 7. | | | | | | | | | |
| 8. EDWARD JONES (Securities account) #8 | | | | | | | | | |
| 9. Money market funds | A | Interest | J | T | | | | | |
| 10. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 11. Briadrudge Financial Solutions | | None | J | T | | | | | |
| 12. Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 13. Illinois Tools Works | A | Dividend | J | T | | | | | |
| 14. Scana Corp | A | Dividend | J | T | | | | | |
| 15. Franklin Equity Income Fd | A | Dividend | J | T | | | | | |
| 16. Franklin Flex Cap Growth Fd | A | Dividend | J | T | | | | | |
| 17. Mutual Discovery Fd Class A | A | Dividend | J | T | | | | | "Franklin" dropped fr name |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| olsom, David J. | 05/28/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Small Cap Value Fd | A | Dividend | J | T | | | | | |
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. WACHOVIA (Securities Account) #9 | | | | | | | | | |
| 22. Centennial MM Trust | A | Interest | K | T | | | | | |
| 23. OSI Pharmaceuticals | A | Dividend | J | T | | | | | |
| 24. Whole Food Market | A | Dividend | J | T | | | | | |
| 25. Southcoast Community Bank CD | A | Interest | | | Matured | 07/01 | K | | CD Matured |
| 26. Putnam Voyager Fund | | None | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. Ohio National Financial Services Annuity | D | Interest | L | T | | | | | |
| 29. | | | | | | | | | |
| 30. Ohio National Financial Services Annuity | A | Interest | J | T | | | | | |
| 31. | | | | | | | | | |
| 32. SEP/INDIVIDUAL RETIREMENT ACCOUNTS: | | | | | | | | | |
| 33. American Funds (SEP/IRA) | B | Dividend | M | T | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| olsoni, David J. | 05/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MERRILL LYNCH (SEP/IRA): No. 3 | | | | | | | | | |
| 36. ML Retirement Money Fund | A | Dividend | J | T | | | | | |
| 37. AIM Constellation Fund | A | Dividend | J | T | | | | | |
| 38. | | | | | | | | | |
| 39. MERRILL LYNCH (SEP/IRA) No. 4 | | | | | | | | | |
| 40. ML Cash account | A | Dividend | K | T | | | | | |
| 41. Federal Natl Mtg Assn | A | Interest | J | T | Buy | 2/07 | J | | |
| 42. PMC Sierra Inc | | None | K | T | | | | | |
| 43. | | | | | | | | | |
| 44. WACHOVIA #10 | | | | | | | | | |
| 45. Cash account | A | Dividend | J | T | Open | 11/20 | J | | Opened cash account |
| 46. AGE MM, World Saving Bank, CA | B | Interest | | | Distributed | 11/20 | | | Distriubted 11/20 |
| 47. Goldman Sachs Group | A | Dividend | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. FLOYD CAPITAL MGMT--Schwab (SEP/IRA): #7 | | | | | | | | | |
| 50. American Beacon MM Funds | | | | | Closed | 01/05 | M | | Acct transf to Schwab MM |
| 51. Schwab U S Treasury Money Fund | C | Interest | M | T | Open | 01/05 | M | | Trans fr Am Beacon MM Fds |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| olsom, David J. | 05/28/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mosaic Co Com | A | Dividend | | | Sold | 12/04 | J | A | |
| 53. Apple Inc Com | A | Dividend | | | Sold | 12/04 | J | A | |
| 54. Sunpower Corp Com Class A | A | Dividend | | | Sold | 12/04 | J | A | |
| 55. Baidu Com Inc Spon ADR Rep A | A | Dividend | | | Sold | 12/04 | J | A | |
| 56. Companhia Siderurgica Nacional Sponsored A | A | Dividend | | | Sold | 12/04 | J | A | |
| 57. CGM TR Focus Fund | A | Dividend | | | Sold | 12/04 | J | A | |
| 58. American Century Nut FDS Inc Heritage Inv | A | Dividend | | | Sold | 12/04 | J | A | |
| 59. Loomis Sayles Bond Cl I | A | Dividend | | T | Buy | 12/29 | K | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| olsom, David J. | 05/28/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

May 29, 2009

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544